UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11562RGS

FRED ROHRBACKER,

    Plaintiff

v.

MODERN CONTINENTAL COMPANIES, INC., HARBOR CRUISES, LLC, BOSTON HARBOR CRUISES, A JOINT VENTURE, PROVINCETOWN PUBLIC PIER CORPORATION, and PROVINCETOWN-MACMILLAN REALTY TRUST,

    Defendant

DEFENDANT PROVINCETOWN PUBLIC PIER CORPORATION'S ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Now comes defendant Provincetown Public Pier Corporation ("Pier Corporation"), and hereby moves this Honorable Court for a thirty-day enlargement (to September 28, 2005) of the time within which to respond to the plaintiff's Complaint. As grounds therefor, the Pier Corporation states that it is awaiting a coverage determination (and possible appointment of alternative counsel) from its insurer, and that counsel for the plaintiff has assented to the within motion.

WHEREFORE, in view of the foregoing, the Pier Corporation respectfully requests that the within motion be allowed, and that the time within which to respond to the plaintiff's Complaint be enlarged to and including September 28, 2005.

DEFENDANT,
PROVINCENTOWN PUBLIC PIER
CORPORATION

By its attorney,

Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/24/05