UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11562-RGS

FRED ROHRBACKER,

          Plaintiff,

v.

MODERN CONTINENTAL COMPANIES, INC., HARBOR CRUISES, LLC, BOSTON HARBOR CRUISES, a joint venure, PROVINCETOWN PUBLIC PIER CORPORATION and PROVINCETOWN-MacMILLAN REALTY TRUST,

          Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Provincetown Public Pier Corp., in the above-captioned matter.

Respectfully submitted,

The Defendant,
PROVINCETOWN PUBLIC PIER CORP.,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

Dated: September 9, 2005

_____
John J. Davis,  BBO # 115890
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic mail on this 9th day of September, 2005.

_____
John J. Davis, Esquire