UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-1111562 RGS

FRED ROHRBACKER
    Plaintiff(s)

VS.

MODERN CONTINENTAL COMPANIES, INC.,
HARBOR CRUISES, LLC, BOSTON HARBOR
CRUISES, A JOINT VENTURE, PROVINCETOWN
PUBLIC PIER CORPORATION, AND
PROVINCETOWN-MACMILLAN REALTY
    Defendant(s)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter our appearance for the Defendant, **Harbor Cruises, LLC** in the above-entitled matter.

_____
THOMAS B. FARREY, III/BBO# 159880
EDWARD B. MCGRATH/BBO# 547171
Burns & Farrey
150 Federal Street
Boston, Massachusetts 02110
Telephone 617/479-8635

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III and/or EDWARD B. MCGRATH, hereby certify under the pains and penalties of perjury that I have this day mailed a copy of the within Notice of Appearance postage prepaid to **David J. Berg, Esquire, Lattie & Anderson, LLP, 30-31 Union Wharf, Boston, MA 02109; Michael J. Engelberg, Esquire, Kenner, Engelberg, Bratcher & Whalen, 60 State Street, Boston, MA 02109;**.

_____
THOMAS B. FARREY, III
EDWARD B. MCGRATH

Dated: September 20, 2005

TBF/cg
(0000WW-0577 cp# 7)