UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED ROHRBACKER,<br>    Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL COMPANIES, INC.,<br>HARBOR CRUISES, LLC, BOSTON HARBOR<br>CRUISES, A JOINT VENTURE,<br>PROVINCETOWN PUBLIC PIER CORP., and<br>PROVINCETOWN-MACMILLAN REALTY<br>TRUST,<br>    Defendants. | Civil Action No. 05-11562-RGS |

## ASSENTED TO MOTION TO VACATE DEFAULT

Defendant, Provincetown-MacMillan Realty Trust (the "Trust"), hereby moves that the default entered against it on October 25, 2005 be vacated. As grounds for this Motion, the Trust states:

1.  The Plaintiff has alleged a claim in Count III of the Amended Complaint against the Trust for personal injury arising out of an alleged fall on which occurred on a pier which the Trust allegedly owned.

2.  At the request of the Plaintiff, on October 25, 2005, this Court entered a default against the Trust because the Trust had failed to file a responsive pleading to the Amended Complaint.

3.  Prior to the entry of default, the trustee of the Trust believed that the Trust was represented in this action by one of the lawyers whose appearance has been entered on behalf of the Co-Defendants.

MCT/155383.1

4. Upon receiving a copy of the Notice of Default, the Trust immediately undertook an investigation of the reasons why a default was entered, including the nature and scope of any applicable insurance, and of the underlying facts alleged by the Plaintiff.

5. Good cause exists for the Court to enter an order vacating the default as the failure of the Trust to respond to the Amended Complaint was due to excusable neglect and because no party will be prejudiced as no discovery has been undertaken.

5. Furthermore, the Trust has defenses on the merits of the Plaintiff's claims

WHEREFORE, Defendant, Provincetown-MacMillan Realty Trust, respectfully requests that the Court grant the following relief:

1. Allow the Defendant's Motion to Vacate Entry of Default; and

2. Enter such other relief as the Court deems just and proper.

**Provincetown-MacMillan Realty Trust**
By its attorneys:

  /s/ Kevin T. Smith
Kevin T. Smith
BBO #555507
**MASTERMAN, CULBERT & TULLY**
One Lewis Wharf
Boston, MA  02110
(617) 227-8010

DATE: November 17, 2005

Assented to:

2

MCT/155383.1

| | |
|---|---|
| Attorney for the Plaintiff<br>Fred Rohrbacker | Attorney for Defendant<br>Provincetown Public Pier Corp. |
| ___/s/ David J. Berg_____<br>David J. Berg | ___/s/ John J. Davis_____<br>John J. Davis |
| Attorney for Defendant<br>Modern Continental Companies | Attorney for Defendant<br>Boston Harbor Cruises, LLC, Boston Harbor Cruises and Modern Continental Co. |
| __/s/ Thomas B. Farrey____<br>Thomas B. Farrey | __/s/ Jeanne McHugh_____<br>Jeanne McHugh |

**CERTIFICATE OF SERVICE**

      I, Kevin T. Smith , hereby certify that I served a true copy of the above Defendant's Motion to Vacate Default, by first class mail, postage prepaid, to the following counsel of record:

**Plaintiff**
David J. Berg, Esquire
**Latti & Anderson LLP**
30-31 Union Wharf
Boston, MA 02109

**Provincetown Public Pier Corporation**
John J. Davis, Esquire
David C. Hunter, Esquire
**Pierce, Davis & Perritano**
Ten Winthrop Square
Boston, MA 02110

**Modern Continental Companies**
Thomas B. Farrey, III, Esquire
Edward B. McGrath
**Burns & Farrey**
150 Federal Street
Boston, MA 02110

**Modern Continental, Harbor Cruises, LLC and Boston Harbor Cruises**
Jeanne O. McHugh, Esquire
**Kenner, Engelberg, Bratcher & Whalen**
60 State Street, Suite 600
Boston, MA 02109

              __/s/ Kevin T. Smith_____
              Kevin T. Smith

Dated: November 17, 2005