## PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

| | | |
|---|---|---|
| Joel F. Pierce | TEN WINTHROP SQUARE | James M. Dunn ♦ |
| John J. Davis * | BOSTON, MA 02110-1257 | John Felice |
| Judith A. Perritano | | David C. Hunter † |
| John J. Cloherty III * | TELEPHONE (617) 350-0950 | Robert S. Ludlum †● |
| | FACSIMILE (617) 350-7760 | Maureen L. Pomeroy |
| | | Daniel G. Skrip ♦ |
| | | Darlene M. Tonucci ■ |
| Of counsel: | | |
| Gerald Fabiano | | * also admitted in RI |
| Jeffrey M. Sankey* | | ♦ also admitted in PA |
| | | † also admitted in NY |
| | | ● also admitted in CT |
| | | ■ also admitted in FL |

November 23, 2005

**VIA ELECTRONIC MAIL**

Clerk of Courts
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Fred Rohrbacker v.
     vs. Provincetown Public Pier Corp., et al
     U.S.D.C. (D. Mass.), C.A. No. 05-11562RGS
     Our File No.: 164-0403263

Dear Sir or Madam:

Enclosed for filing please find the Local Rule 16.1 Certification on behalf of Defendant Provincetown Public Pier Corporation.

Thank you for your assistance in this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

David C. Hunter

DCH/rcm
Enclosure
cc:   David J. Berg, Esq. (via e-mail)
      Thomas B. Farrey, III, Esq. (via e-mail)
      Jeanne O'Leary McHugh, Esq. (via e-mail)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11562-RGS

FRED ROHRBACKER,

                              Plaintiff,

v.

MODERN CONTINENTAL COMPANIES, INC.,
HARBOR CRUISES, LLC, BOSTON HARBOR
CRUISES, a joint venture, PROVINCETOWN PUBLIC
PIER CORPORATION and PROVINCETOWN-
MacMILLAN REALTY TRUST,

Defendants.

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, Provincetown Public Pier Corporation, and counsel for the defendant, David C. Hunter, Esq., hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses -- of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,
PROVINCETOWN PUBLIC PIER CORP.,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

Keith Bergman
Provincetown Town Manager
260 Commercial Street
Provincetown, MA 02657
(508) 487-9560

John J. Davis, BBO #115890
David C. Hunter, BBO #647686
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Date: November 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on November 23, 2005.

_David C. Hunter_
David C. Hunter