UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-1111562 RGS

FILED
IN CLERKS OFFICE
2005 NOV 29 P 12: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

FRED ROHRBACKER
Plaintiff(s)

VS.

MODERN CONTINENTAL COMPANIES, INC.,
HARBOR CRUISES, LLC, BOSTON HARBOR
CRUISES, A JOINT VENTURE, PROVINCETOWN
PUBLIC PIER CORPORATION, AND
PROVINCETOWN-MACMILLAN REALTY
Defendant(s)

CERTIFICATION

We, Edward B. McGrath, Esq. and John Boyer, the claims professional handling this matter on behalf of Western World Insurance for its insured Harbor Cruises, LLC, hereby certify that we have discussed the above action with a view to establishing a budget for the costs of conducting a full course - and various alternative courses - of the litigation and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in **Local Rule 16.4** of the Local Rules of the United States District Court for the District of Massachusetts.

THOMAS B. FARREY, III/#159880
EDWARD B. MCGRATH/#547171
Burns & Farrey
150 Federal Street
Boston, MA 02110
Tel. 617/439-4758

JOHN BOYER
Western World Insurance Company
\\BF01\CPSHARE\CPWin\History\051121_0001\6FC.12\ww-577w18