UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11562RGS

| | |
|---|---|
| **FRED ROHRBACKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **MODERN CONTINENTAL COMPANIES,** ) | |
| **INC., HARBOR CRUISES, LLC, BOSTON** ) | |
| **HARBOR CRUISES, a Joint Venture,** ) | |
| **PROVINCETOWN PUBLIC PIER** ) | |
| **CORPORATION, and PROVINCETOWN-** ) | |
| **MACMILLAN REALTY TRUST,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

Kenner, Engelberg,
Bratcher & Whalen

NOV 2 8 2005

## CERTIFICATION L. R. 16.1 (D)(3)

I certify that on behalf of the insurer of Modern Continental Companies, Harbor Cruises, LLC and Boston Harbor Cruises, a Joint Venture (sic), I have conferred with counsel to establish a budget for the full litigation of the above-captioned matter, as well as a budget for the various alternatives.

Further, on behalf of the insurer of Modern Continental Companies, Harbor Cruises, LLC and Boston Harbor Cruises, a Joint Venture (sic), I have discussed with counsel the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

Dated this 22nd day of November, 2005.

_____
John Murphy, Claims Specialist
Zurich American Insurance Company
Insurer for above-referenced Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of:

(X)   Certification L. R. 16.1 (D)(3)

was served upon:

>David J. Berg, Esquire
>Latti & Anderson LLP
>30 - 31 Union Wharf
>Boston, Massachusetts 02109
>
>John J. Davis, Esquire
>Pierce, Davis & Perritano, LLP
>10 Winthrop Square
>Boston, Massachusetts 02110
>
>Thomas B. Farrey, III, Esquire
>Burns & Farrey
>446 Main Street
>Worcester, Massachusetts 01608

by U.S. Mail, postage prepaid, on the _1st_ day of _December_, 2005.

>_Jeanne O. McHugh_
>Jeanne O. McHugh (BBO#378455)

H:\Cases\J MCHUGH\Rohrbacker\Pleadings-Rohrbacker\Certification LR16-1D3.doc

2