# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

| | | |
|---|---|---|
| Joel F. Pierce<br>John J. Davis *<br>Judith A. Perritano<br>John J. Cloherty III *<br>Daniel G. Skrip ♦<br><br>Of counsel:<br>Gerald Fabiano<br>Jeffrey M. Sankey* | TEN WINTHROP SQUARE<br>BOSTON, MA 02110-1257<br><br>TELEPHONE (617) 350-0950<br>FACSIMILE (617) 350-7760 | Kip J. Adams<br>Mia Baron<br>James M. Dunn ♦<br>John Felice<br>David C. Hunter †<br>Michael Leedberg<br>Robert S. Ludlum †●<br>Julia C. Martinescu*<br><br>\* also admitted in RI<br>♦ also admitted in PA<br>† also admitted in NY<br>● also admitted in CT |

March 8, 2006

**VIA ELECTRONIC MAIL**

Clerk of Courts
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Fred Rohrbacker v.
 vs. Provincetown Public Pier Corp., et al
 U.S.D.C. (D. Mass.), C.A. No. 05-11562RGS
 Our File No.: 164-0403263

Dear Sir or Madam:

Enclosed for filing please find my Notice of Appearance in the above-referenced matter.

Thank you for your assistance.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

David C. Hunter

DCH/rcm
Enclosure
cc:  David J. Berg, Esq. (via e-mail)
 Thomas B. Farrey, III, Esq. (via e-mail)
 Jeanne O'Leary McHugh, Esq. (via e-mail)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11562-RGS

FRED ROHRBACKER,

                        Plaintiff,

v.

MODERN CONTINENTAL COMPANIES, INC., HARBOR CRUISES, LLC, BOSTON HARBOR CRUISES, a joint venture, PROVINCETOWN PUBLIC PIER CORPORATION and PROVINCETOWN-MacMILLAN REALTY TRUST,

                        Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Provincetown Public Pier Corp., in the above-captioned matter.

Respectfully submitted,

The Defendant,
PROVINCETOWN PUBLIC PIER CORP.,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

Dated: March 8, 2006

_____
David C. Hunter, BBO # 647686
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic mail on this 8th day of March, 2006.

_____
David C. Hunter