UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| FRED ROHRBACKER, ) |  |
| Plaintiff ) |  |
| ) | Civil Action |
| V. ) |  |
| ) | No. 05-11562-RGS |
| MODERN CONTINENTAL ) |  |
| COMPANIES, INC., ) |  |
| HARBOR CRUISES, LLC, ) |  |
| BOSTON HARBOR CRUISES, A JOINT ) |  |
| VENTURE, ) |  |
| PROVINCETOWN PUBLIC PIER ) |  |
| CORPORATION, and ) |  |
| PROVINCETOWN-MACMILLAN ) |  |
| REALTY TRUST, ) |  |
| Defendants ) |  |

_____)

## JOINT MOTION TO EXTEND THE FACTUAL DISCOVERY DEADLINE

NOW COME the parties, and state as follows:

1. The factual discovery deadline in this case is June 30, 2006.

2. The parties have worked diligently to complete discovery, but, due to the difficulty in working out scheduling among the 5 lawyers in this case, have been unable to complete the depositions in this case.

3. All counsel just held a conference call in which they set up a schedule for the depositions in this case.

4. The parties therefore respectfully request that the factual discovery deadline be extended to August 15, 2006. They do not request extensions of any other deadlines in this case.

5. This request is made in the interests of justice, and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the factual discovery deadline be

extended to August 15, 2006.

    Respectfully submitted for
the Plaintiff, Fred Rohrbacker,
by his attorney,

/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Respectfully submitted for
the Defendant, Harbor Cruises, LLC,
by its attorney,

/s/ Edward B. McGrath, Esq.
Burns & Farrey
150 Federal Street, 26th Floor
Boston, MA 02110
617-439-4758

Respectfully submitted for
the Defendant, Modern Continental, Harbor
Cruises, LLC, and Boston Harbor Cruises,
by their attorney,

/s/ Jeanne O. McHugh Esq.,
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 02109-1823
617-371-4141

        Respectfully submitted for
the Defendant, Provincetown Public Pier
Corporation,
by its attorney,


/s/ David C. Hunter, Esq.
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, MA 02110
617-350-0950

Respectfully submitted for
the Defendant, Provincetown-MacMillan
Realty Trust,
by its attorney,


/s/ Kevin T. Smith, Esq.
Masterman, Culbert & Tully, LLP
One Lewis Wharf
Boston, MA 02110
617-227-8010

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: May 19, 2006