UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11562-RGS

FRED ROHRBACKER,

           Plaintiff,

v.

MODERN CONTINENTAL COMPANIES, INC., HARBOR CRUISES, LLC, BOSTON HARBOR CRUISES, a joint venture, PROVINCETOWN PUBLIC PIER CORPORATION and PROVINCETOWN-MacMILLAN REALTY TRUST,

           Defendants.

## STIPULATION OF DISMISSAL
## AS TO PROVINCETOWN PUBLIC PIER CORPORATION

The parties to the above-entitled action, pursuant to the provisions of Mass.R.Civ.P.41(a)(1)(ii) hereby stipulate that all claims and cross-claims against the defendant, Provincetown Public Pier Corporation, be dismissed, without prejudice and without costs.

*Plaintiff,*
Fred Rohrbacker,

_____
David J. Berg, Esquire
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

*Defendant,*
Provincetown Public Pier Corporation

_____
David C. Hunter, Esquire
John J. Davis, Esquire
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02108

*Defendant,*
Harbor Cruises, LLC

*Defendant,*
Provincetown-MacMillan Realty Trust

_____
Edward B. McGrath, Esquire
Burns & Farrey
One Lewis Wharf
Boston, MA 02110

_____
Kevin T. Smith, Esquire
Masterman, Culbert & Tully, LLP
446 Main Street
Worcester, MA 01608

*Defendant,*
Modern Continental Companies, Inc.

_____
Jeanne O. McHugh, Esquire
Kenner, Engelberg, Bratcher & Whalen
60 State Street
Boston, MA 02109-1823

Dated: July 18, 2006