UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED ROHRBACKER,<br><br>  Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL COMPANIES, INC.,<br>HARBOR CRUISES, LLC, BOSTON HARBOR<br>CRUISES, A JOINT VENTURE,<br>PROVINCETOWN PUBLIC PIER CORP., and<br>PROVINCETOWN-MACMILLAN REALTY<br>TRUST,<br><br>  Defendants. | Civil Action No. 05-11562-RGS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits "A" through "F" to Statement of Undisputed Facts in Support of Defendants Provincetown-Macmillan Realty Trust's Motion for Summary Judgment, which Motion was electronically filed with the Court on November 15, 2006.

The original documents are maintained in the case file in the Clerk's Office.

**PROVINCETOWN-MACMILLAN REALTY TRUST**

By its attorney,

/s/ Kevin T. Smith
Kevin T. Smith, BBO#555507
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, MA  02110
Dated: November 15, 2006          (617) 227-8010

MCT/169120.1

- 1 -

- 2 -

### CERTIFICATE OF SERVICE

     I, Kevin T. Smith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 15, 2006.

                       /s/ Kevin T. Smith  
                       Kevin T. Smith

Dated: November 15, 2006