UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED ROHRBACKER,<br>    Plaintiff<br><br>V.<br><br>HARBOR CRUISES, LLC, and<br>PROVINCETOWN-MACMILLAN<br>REALTY TRUST,<br>    Defendants | Civil Action<br><br>No. 05-11562-RGS |

**PLAINTIFF'S RESPONSE TO DEFENDANT PROVINCETOWN-MACMILLAN
<u>REALTY TRUST'S MOTION FOR SUMMARY JUDGMENT</u>**

The Plaintiff does not oppose the Defendant Trust's motion for summary judgment.

                                              Respectfully submitted for the
                                              the Plaintiff, Fred Rohrbacker,
                                              by his attorney,


                                              <u>/s/ David J. Berg, Esq.</u>
                                              David J. Berg, Esq.
                                              Latti & Anderson LLP
                                              30-31 Union Wharf
                                              Boston, MA 02109
                                              617-523-1000

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                    /s/ David J. Berg, Esq.
                                    David J. Berg, Esq.
                                    Latti & Anderson LLP
                                    30-31 Union Wharf
                                    Boston, MA 02109
                                    617-523-1000

Dated: November 27, 2006