FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 JAN 25 P 12: 09

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No. 05-1111562 RGS

FRED ROHRBACKER
   Plaintiff

vs.

HARBOR CRUISES, LLC,
   Defendant

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii) hereby stipulate that said action be dismissed with prejudice, without costs or attorneys fees and waiving all rights of appeal.

_____
THOMAS B. FARREY, III/BBO# 159880
EDWARD B. McGRATH/BBO#547171
Attorneys for Defendant
Burns & Farrey
150 Federal Street
Boston, MA 02110
Telephone (617) 439-4758

_____
DAVID J. BERG/BBO#
Attorney for Plaintiff
Lattie & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109
Telephone (617) 523-1000

DATED: 1/24/07

DATED: 1/24/07

(ww-577\#190)